UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CHARLES NICHOLS,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 5:25-CV-05038-KES<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Movant, Charles Nichols, filed a pro se motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Docket 1. Magistrate Judge Veronica L. Duffy submitted a report and recommended that Nichols's motion be dismissed with prejudice and without holding an evidentiary hearing. Docket 22. This court overruled Nichols's objections to the report and recommendation, adopted the report and recommendation in full, granted respondent's motion to dismiss, and denied Nichols's motion to vacate his sentence with prejudice. Docket 25. No certificate of appealability issued. *Id.* at 3-4. Nichols has filed a notice of appeal, Docket 27, and moves for leave to proceed in forma pauperis on appeal, Docket 28. Nichols filed a prisoner trust account report with his notice of appeal. Docket 29. Nichols did not file a motion to proceed in forma pauperis during his § 2255 action.

The Eighth Circuit historically has looked to district courts to rule on in forma pauperis motions for appeal and has held that the filing-fee provisions of the Prison Litigation Reform Act do not apply to habeas corpus actions. *Malave*

*v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001) (per curiam). To determine whether a habeas petitioner qualifies for in forma pauperis status, the court need only assess (1) whether the petitioner can afford to pay the full filing fee, and (2) whether the petitioner's appeal is taken in "good faith." 28 U.S.C. § 1915(a)(1), (3).

Nichols's appeal appears to be taken in good faith. The court has reviewed the prisoner trust account report Nichols submitted with his notice of appeal, Docket 29, and finds that Nichols has insufficient funds to pay the $605.00 appellate filing fee. Thus, Nichols is granted leave to proceed in forma pauperis on appeal.

IT IS ORDERED that Nichols's motion to proceed in forma pauperis on appeal (Docket 28) is granted.

DATED October 6, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE